[B2500e] [Summons to Debtor in Involuntary Case for Summary Judgment]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:     Richert Funding, LLC
4319 35th Street
Suite A
Orlando, FL 32811

Case No. 6:18–bk–06276–KSJ
Chapter 7

_____Debtor*_____/

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

    A petition under title 11, United States Code was filed against you in this bankruptcy court on 10/11/18, requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

    YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk:     George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney:     Aldo G Bartolone Jr
4767 New Broad Street
Orlando, FL 32814

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.



*signature* Sheryl L. Loesch

Sheryl L. Loesch
Clerk of Court

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

**[B2500e]** [Summons to Debtor in Involuntary Case for Summary Judgment]

# CERTIFICATE OF SERVICE

I, _____(name), certify that on _____(date), I served this summons and a copy of the involuntary petition on _____(name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date_____    Signature _____

Print Name: _____

Business Address: _____

_____

_____